IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY MILTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 2:17-CV-278-WKW |
| FEDERAL BUREAU OF ) | [WO] |
| PRISONS, ) | |
| ) | |
| Defendant. ) | |

## **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day, it is ORDERED, ADJUDGED and DECREED that Plaintiff Gregory Milton's action against Defendant Federal Bureau of Prisons is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 26th day of July, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE